Case 09-90032    Filed 01/27/09    Doc 17

**United States Bankruptcy Court**
**Eastern District of California**

FILED
January 27, 2009
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0001630190

IN RE:

Case No. 09-90032-D-11

Golden Eagle Estates LLC

Chapter 11

Debtor(s)

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NUMBER OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | $ 4,800,000.00 | | |
| B - Personal Property | Yes | 3 | $ 3,454,938.37 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 2 | | $ 3,355,534.34 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 2 | | $ 27,977.80 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 15 | | $ 701,596.39 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | No | | | | $ |
| J - Current Expenditures of Individual Debtor(s) | No | | | | $ |
| TOTAL | | 28 | $ 8,254,938.37 | $ 4,085,108.53 | |

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE Golden Eagle Estates LLC

Case 09-90032    Filed 01/27/09    Doc 17    Case No. 09-90032-D-11

Debtor(s)                                                                (If known)

## SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| 2525 Sheep Ranch Road<br>Murphys, CA  95247<br>A.P.N. 034-003-134<br>A.P.N. 034-003-073<br>A.P.N. 034-003-044<br>(2 separate 75 acre parcels but treated, valued and encumbered as one) | Tenancy by the Entirety | | 4,800,000.00 | 3,320,011.00 |

TOTAL | 4,800,000.00

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

(Report also on Summary of Schedules)

**IN RE Golden Eagle Estates LLC** Case 09-90032 Filed 01/27/09 Doc 17 Case No. **09-90032-D-11**

Debtor(s) (If known)

## SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand. | | Tasting Room Change | | 500.00 |
| 2. Checking, savings or other financial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | Business Checking Account Account # 383005048 El Dorado Savings Bank Murphys, CA 95247 | | 379.66 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, include audio, video, and computer equipment. | | Computer Equipment & Software | | 14,749.00 |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | X | | | |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interest in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issue. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | 10,000 shares in a Warehouse Co-Op 825 DenBeste Court Windsor, CA 95492 | | 25,000.00 |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6B (Official Form 6B) (12/07) - Cont.

IN RE **Golden Eagle Estates LLC**
_____
Debtor(s)

Case 09-90032    Filed 01/27/09    Doc 17

Case No. **09-90032-D-11**
_____
(If known)

## SCHEDULE B - PERSONAL PROPERTY

### (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts receivable. | | Accounts Receivable | | 72,628.71 |
| 17. Alimony, maintenance, support, and property settlements in which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interest, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | | Licenses, Trade Name | | 8,694.00 |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | Auto and Transport Equipment | | 42,121.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | Miscellaneous Office Furniture, supplies, | | 10,334.00 |
| 29. Machinery, fixtures, equipment, and supplies used in business. | | Machinery and Farm Equipment | | 435,557.00 |
| 30. Inventory. | | Wine: Cased + Bulk | | 2,784,975.00 |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE Golden Eagle Estates LLC

Debtor(s)    Case No. 09-90032-D-11

(If known)

## SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 33.  Farming equipment and implements. | | Included with #29 above | | 0.00 |
| 34.  Farm supplies, chemicals, and feed. | X | | | |
| 35.  Other personal property of any kind not already listed. Itemize. | | Bronze Decorative Eagles | | 60,000.00 |

TOTAL    3,454,938.37

(Include amounts from any continuation sheets attached.
Report total also on Summary of Schedules.)

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE <u>Golden Eagle Estates LLC</u>

Case 09-90032    Filed 01/27/09    Doc 17

Case No. <u>09-90032-D-11</u>

Debtor(s)

(If known)

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor elects the exemptions to which debtor is entitled under:
(Check one box)

☐ 11 U.S.C. § 522(b)(2)
☐ 11 U.S.C. § 522(b)(3)

☐ Check if debtor claims a homestead exemption that exceeds $136,875.

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTIONS |
|---|---|---|---|
| **Not Applicable** | | | |

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE Golden Eagle Estates LLC

Case 09-90032    Filed 01/27/09    Doc 17

Case No. 09-90032-D-11

Debtor(s)                                                                    (If known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is the creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H – Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 2390<br><br>Dell Financial Service<br>Post Office Box 5292<br>Carol Stream, IL 60197-5292 | | | 12/13/08 Unpaid lease payment, computers<br><br><br>VALUE $ 1,000.00 | | | | 283.83 | |
| ACCOUNT NO.<br><br>Frank Sheahan<br>1325 Chorro St.<br>San Luis Obispo, CA 93401 | | | 1/20/06 Second Deed of Trust on real property<br><br><br>VALUE $ 4,800,000.00 | | | | 525,000.00 | |
| ACCOUNT NO.<br><br>IKON Financial Services<br>Post Office Box 13708<br>Macon, GA 31208-3708 | | | Lease on copy machine<br><br><br>VALUE $ 34,000.00 | | | | 33,238.96 | |
| ACCOUNT NO.<br><br>Lisa Modrell<br>Post Office Box 353<br>Altaville, CA 95221, CA 95221 | | | 11/7/08 Six Bulgarian Oak Wine Barrels<br><br><br>VALUE $ 2,500.00 | | | | 2,000.00 | |

___1___ continuation sheets attached

Subtotal
(Total of this page)    $ 560,522.79 $

Total
(Use only on last page)    $                    $

(Report also on Summary of Schedules.)    (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE Golden Eagle Estates LLC         Case 09-90032    Filed 01/27/09    Doc 17   Case No. 09-90032-D-11

       Debtor(s)                                                 (If known)

## SCHEDULE D – CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> **Santa Rosa Mortgage** <br> **1410 Neotomas Avenue, Suite 106** <br> **Santa Rosa, CA 95405** | | | **1/27/06 1st Trust Deed on real property** <br><br><br> VALUE $ **4,800,000.00** | | | | **2,795,011.55** | |
| ACCOUNT NO. | | | <br><br><br> VALUE $ | | | | | |
| ACCOUNT NO. | | | <br><br><br> VALUE $ | | | | | |
| ACCOUNT NO. | | | <br><br><br> VALUE $ | | | | | |
| ACCOUNT NO. | | | <br><br><br> VALUE $ | | | | | |
| ACCOUNT NO. | | | <br><br><br> VALUE $ | | | | | |

Sheet no. **1** of **1** continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal (Total of this page)    $ **2,795,011.55**   $

Total (Use only on last page)    $ **3,355,534.34**   $

(Report also on Summary of Schedules.)      (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

TYPES OF PRIORITY CLAIMS (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic Support Obligations**
Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**
Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**
Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**
Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**
Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**
Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☑ **Taxes and Certain Other Debts Owed to Governmental Units**
Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**
Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**
Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_____ **1** continuation sheets attached

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE Golden Eagle Estates LLC     Case 09-90032    Filed 01/27/09    Doc 17    Case No. 09-90032-D-11

Debtor(s) (If known)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

---

### Taxes and Other Certain Debts Owed to Governmental Units

(Type of Priority for Claims Listed on This Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**Calaveras County Tax Collector**<br>**891 Mountain Ranch Road**<br>**San Andreas, CA 95249** | | | **10/31/07 Property Taxes** | | | | 4,570.80 | 4,570.80 | |
| ACCOUNT NO.<br><br>**State Board Of Equalization**<br>**Acct. Analysis Of Control Section MIC29**<br>**P. O. Box 942879**<br>**Sacramento, CA 94279-0029** | | | **7/1/08 Sales Tax, Interest and penalties** | | | | 23,407.00 | 23,407.00 | |
| ACCOUNT NO. | | | | | | | | | |
| ACCOUNT NO. | | | | | | | | | |
| ACCOUNT NO. | | | | | | | | | |
| ACCOUNT NO. | | | | | | | | | |

Sheet no. __1__ of __1__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Totals of this page.)   $ 27,977.80   $ 27,977.80   $

Total
(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.)   $ 27,977.80

Total
(Use only on last page of the completed Schedule E. If applicable,
report also on the Statistical Summary of Certain Liabilities and Related Data.)   $ 27,977.80   $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE Golden Eagle Estates LLC    Case 09-90032   Filed 01/27/09   Doc 17   Case No. 09-90032-D-11

Debtor(s)                    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 2873 <br><br> **A&A Portables Inc.** <br> **201 Roscoe Road** <br> **Modesto, CA 95357-1828** | | | 6/25/08 Rental and servicing of portable toilets | | | | 747.62 |
| ACCOUNT NO. <br><br> **Al Munari** <br> **506 Surrey Court, #C** <br> **Murphys, CA 95247** | | | 6/11/07 Employee expense report | | | | 8,220.90 |
| ACCOUNT NO. <br><br> **Andrea Way** <br> **1 Jensen Dr.** <br> **Petaluma, CA 94952** | | | 9/9/08 Consignment based retail products sold | | | | 350.00 |
| ACCOUNT NO. <br><br> **Angels Camp Business Association** <br> **P. O. Box 62** <br> **Angels Camp, CA 95222** | | | 4/3/08 Membership Dues | | | | 75.00 |

__14__ continuation sheets attached

Subtotal (Total of this page) | $ 9,393.52

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | $

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Anna Gutierrez**<br>3635 Murphys Grade Road<br>Angels Camp, CA 95222 | | | 5/30/08 Advertising | | | | 240.00 |
| ACCOUNT NO.<br>**Anne Hiaring**<br>19 Brookmont<br>San Anselmo, CA 94960 | | | 1//17/08 Trademarking services | | | | 2,500.00 |
| ACCOUNT NO.<br>**Arciero Vineyards**<br>5011 Highway 46 East<br>Paso Robles, CA 93466-6301 | | | 11/24/07 Bulk wine purchased | | | | 25,125.00 |
| ACCOUNT NO.<br>**Avaya**<br>P. O. Box 5125<br>Carol Stream, IL 60197 | | | Phone system service | | | | 475.95 |
| ACCOUNT NO.<br>**Balboa Capital**<br>P. O. Box 514870<br>Los Angeles, CA 90051-4870 | | | Lease on staninless steel tanks | | | | 7,110.07 |
| ACCOUNT NO.<br>**Balboa Capital**<br>P. O. Box 514870<br>Los Angeles, CA 90051-4870 | | | Lease on pump for the winery | | | | 6,368.35 |
| ACCOUNT NO.<br>**Barrell Ten Transport Brokerage**<br>P. O. Box 51530<br>Los Angeles, CA 90051 | | | 11/14/07 Shipping | | | | 170.20 |

Sheet no. _____ 1 of _____ 14 continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    $   41,989.57

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)    $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE Golden Eagle Estates LLC

Case 09-90032    Filed 01/27/09    Doc 17

Case No. 09-90032-D-11

Debtor(s)                                                                    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br>**Bassetti Farms, LLC**<br>402 Bassett St.<br>King City, CA 93930 | | | 9/13/08 Shipping | | | | 10,488.75 |
| ACCOUNT NO. 6735 <br><br>**BG Agri**<br>P. O. Box 888<br>Linden, CA 95236 | | | 1/23/08 Vineyard Repairs and Maintenance | | | | 837.18 |
| ACCOUNT NO. <br><br>**Blandino Figueroa Farm Labor**<br>325 W. Lincoln St.<br>Stockton, CA 95207 | | | 7/17/08 Vineyard Labor | | | | 28,385.61 |
| ACCOUNT NO. <br><br>**Bottleneck Wines And Spirits**<br>P. O. Box 680763<br>Park City, UT 84068 | | | 1/24/08 Commission | | | | 2,007.44 |
| ACCOUNT NO. <br><br>**Brad Sutton Trucking**<br>P. O. Box 237<br>Vallecito, CA 95251 | | | 9/19/07 Shipping | | | | 1,259.27 |
| ACCOUNT NO. <br><br>**C-Line Express**<br>P. O. Box 540<br>Napa, CA 94559 | | | 8/31/07 Finance charge | | | | 141.52 |
| ACCOUNT NO. <br><br>**Calaveras County Chamber Of Commerce**<br>891 Mountain Ranch Road<br>San Andreas, CA 95249 | | | 12/31/07 Membership Dues | | | | 450.00 |

Sheet no. ___2___ of ___14___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    $ 43,569.77

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)    $

© 1993-2009 EZ-Filing, Inc. (1-800-998-2424) - Forms Software Only

IN RE Golden Eagle Estates LLC

Case 09-90032   Filed 01/27/09   Doc 17

Case No. 09-90032-D-11

Debtor(s)                                    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Calaveras County Environmental<br>891 Mountain Ranch Road<br>San Andreas, CA 95249 | | | 11/24/08 Permit Fee | | | | 178.00 |
| ACCOUNT NO.<br>Calaveras County Visitors Bureau<br>P. O. Box 637<br>San Andreas, CA 95222 | | | 7/1/07 Membership Dues | | | | 400.00 |
| ACCOUNT NO.<br>Calaveras Lumber<br>P. O. Box 890<br>Angels Camp, CA 95221 | | | 12/26/08 Finance charge | | | | 5.95 |
| ACCOUNT NO.<br>Caliber Wine Pak<br>P. O. Box 60000<br>San Francisco, CA 94106 | | | 11/23/08 Glass storage | | | | 706.32 |
| ACCOUNT NO.<br>California Glass<br>P. O. Box 79099<br>City Of Industry, CA 91716 | | | 6/7/07 Glass bottles purchased and storage | | | | 111,559.65 |
| ACCOUNT NO.<br>Cameron Sustainable Ag<br>P. O. Box 98<br>Windsor, CA 95492 | | | 6/6/08 Vineyard supplies | | | | 306.28 |
| ACCOUNT NO.<br>Carrie & Co.<br>P. O. Box 6440<br>Napa, CA 94581 | | | 10/12/07 Retail products purchased | | | | 576.49 |

Sheet no. ___3___ of ___14___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) |$ 113,732.69

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) |$

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE Golden Eagle Estates LLC          Case 09-90032    Filed 01/27/09    Doc 17    Case No. 09-90032-D-11
_____                                                      _____
           Debtor(s)                                                                        (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **CBK** <br> **P. O. Box 143** <br> **Union City, TN 38281-0443** | | | **2/4/08 Retail products purchased** | | | | 683.42 |
| ACCOUNT NO. <br> **CI Solutions** <br> **3625 Serpentine Dr.** <br> **Los Alamitos, CA 90720** | | | **4/18/08 Office supplies** | | | | 958.53 |
| ACCOUNT NO. <br> **ColloPark Solutions** <br> **139 Camino Dorado** <br> **Napa, CA 94558-6213** | | | **8/31/07 Winery production products** | | | | 486.18 |
| ACCOUNT NO. <br> **Compli** <br> **8834 Morrow Road** <br> **Atascadero, CA 93422** | | | **6/12/08 Compliance service** | | | | 6,617.33 |
| ACCOUNT NO. <br> **Demetrio Nava** <br> **P. O. Box 632** <br> **Murphys, CA 95247** | | | **12/31/07 Personal loan to company** | | | | 10,000.00 |
| ACCOUNT NO. <br> **Dept. Of Transportation** <br> **P. O. Box 168019** <br> **Sacramento, CA 95876** | | | **12/1/08 Advertising Permit** | | | | 990.00 |
| ACCOUNT NO. <br> **Elie Frey** <br> **P. O. Box 3111** <br> **Arnold, CA 95224** | | | **2/9/08 Employee expense report** | | | | 85.73 |

Sheet no. ___4___ of ___14___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

|  | Subtotal (Total of this page) | $ | 19,821.19 |
|---|---|---|---|
|  | Total | | |

(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)    $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE Golden Eagle Estates LLC

Case 09-90032    Filed 01/27/09    Doc 17

Debtor(s)

Case No. 09-90032-D-11

(If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 5985<br><br>FED EX<br>P. O. Box 7221<br>Pasadena, CA 91109-7321 | | | 5/10/08 Shipping | | | | 77.31 |
| ACCOUNT NO. 1054<br><br>Food And Wine<br>P. O. Box 62668<br>Tampa, FL 33662-6688 | | | 6/12/08 Subscription | | | | 12.00 |
| ACCOUNT NO.<br><br>Foothill Printing And Graphics<br>P. O. Box 338<br>Angels Camp, CA 95222 | | | 9/23/07 Letterhead and other printed materials | | | | 1,552.83 |
| ACCOUNT NO. 2070<br><br>Frontier Auto Supply<br>P. O. Box 1264<br>Angels Camp, CA 95222 | | | 2/29/08 Finance Charge | | | | 11.81 |
| ACCOUNT NO. ENOT<br><br>Goldrush World Access<br>P. O. Box 934<br>Angels Camp, CA 95222 | | | 12/3/08 Internet and website service | | | | 149.85 |
| ACCOUNT NO.<br><br>Gough Design<br>15127 Cavalieri Road<br>Sonora, CA 95370 | | | 11/11/08 Design service | | | | 353.34 |
| ACCOUNT NO.<br><br>Hansen Transport<br>P. O. Box 425<br>Fulton, CA 95439 | | | 9/10/08 Shipping | | | | 1,679.62 |

Sheet no. _____ 5 of _____ 14 continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)   $  3,836.76

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)   $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Isidro Corro Rojas<br>3106 Stadium Avenue<br>Napa, CA 94558 | | | 6/1/08 Vineyard Labor | | | | 3,294.00 |
| ACCOUNT NO.<br>Janet Murari Morrow<br>3919 Mariah Lane<br>Placerville, CA 95667 | | | 3/25/08 Retail products purchased | | | | 100.00 |
| ACCOUNT NO.<br>JC Trucking Co.<br>1415 W. Anderson St.<br>Stockton, CA 95206 | | | 4/10/08 Shipping | | | | 2,046.00 |
| ACCOUNT NO.<br>Joan Rafel<br>6643 Desert Spring St.<br>Chowchilla, CA 93610 | | | 12/5/08 Consignment based retail products sold | | | | 440.50 |
| ACCOUNT NO.<br>John Sutak Risk Services<br>1 Embarcadero Center, #1040<br>San Francisco, CA | | | 12/11/08 Bond fee | | | | 100.00 |
| ACCOUNT NO. 6060<br>Ken Industrial<br>997 Enterprise Way<br>Napa, CA 94558 | | | 8/31/07 Equipment repairs | | | | 697.36 |
| ACCOUNT NO. S049<br>La Fitte Cork And Capsule<br>45 Executive Court<br>Napa, CA 94558 | | | 5/29/07 Corks purchased | | | | 13,716.16 |

Sheet no. ___6___ of ___14___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) |$ 20,394.02

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) |$

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE Golden Eagle Estates LLC

Case 09-90032   Filed 01/27/09   Doc 17
Case No. 09-90032-D-11

Debtor(s)

(If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **Laser Care** <br> 10865 SW 5th St., #100 <br> Beaverton, OR 97005 | | | **7/12/08 Office supplies** | | | | 267.00 |
| ACCOUNT NO. 255 <br> **Lodi Irrigation** <br> 1301 E. Armstrong Road <br> Lodi, CA 95242 | | | **4/5/08 Vineyard Supplies** | | | | 2,708.88 |
| ACCOUNT NO. 0900 <br> **Lodi Lockeford Tractor Co.** <br> P. O. Box 650 <br> Lockford, CA 95237 | | | **11/29/07 Vineyard repairs and maintenance** | | | | 6,220.82 |
| ACCOUNT NO. 5091 <br> **Lodi Winery Laboratory** <br> P. O. Box 762 <br> Victor, CA 95253 | | | **12/1/08 Lab services** | | | | 130.31 |
| ACCOUNT NO. <br> **Lodi-Woodbridge Winegrape Commission** <br> 2545 W. Turner Road <br> Lodi, CA | | | **4/17/08 Producer Assessment** | | | | 122.10 |
| ACCOUNT NO. <br> **MA Silva Corks** <br> 3433 West Wind Boulevard <br> Santa Rosa, CA 95403 | | | **4/21/08 corks purchased** | | | | 1,226.55 |
| ACCOUNT NO. <br> **Mark Collins** <br> P. O. Box 1241 <br> Murphys, CA 95247 | | | **7/25/08 Tool rental** | | | | 75.00 |

Sheet no. _____7 of _____14 continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) | $ | 10,750.66

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) | $ |

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE Golden Eagle Estates LLC     Case 09-90032   Filed 01/27/09   Doc 17   Case No. 09-90032-D-11

Debtor(s)                                                                      (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br>Mellor Farms <br>P. O. Box 794 <br>Linden, CA 95236 | | | 10/18/07 Vineyard labor | | | | 13,230.47 |
| ACCOUNT NO. <br><br>Michael Dondero <br>P. O. Box 459 <br>Rail Road Flat, CA 95248 | | | 8/24/08 Vineyard repair | | | | 393.75 |
| ACCOUNT NO. <br><br>Michael Dusi Trucking <br>P. O. Box 2339 <br>Paso Robles, CA 93447 | | | 9/15/08 Shipping | | | | 2,178.00 |
| ACCOUNT NO. <br><br>Mid Valley Argiculture <br>P. O. Box 593 <br>Linden, CA 95236 | | | 11/25/07 Vineyard and Finance charges | | | | 5,796.66 |
| ACCOUNT NO. <br><br>Monique Vongehr <br>163 Sweetwater Dr. <br>Murphys, CA 92547 | | | 5/20/08 Employee expense report | | | | 221.82 |
| ACCOUNT NO. 4001 <br><br>Morris And Garritano Insurance <br>1122 Laurel Lane <br>San Luis Obispo, CA 93406 | | | 8/11/08 Bond Fee | | | | 100.00 |
| ACCOUNT NO. 8420 <br><br>Mosbaugh Properties Inc. <br>P. O. Box 6 <br>Arnold, CA 95223 | | | 11/11/08 Propane | | | | 1,709.92 |

Sheet no. ___8___ of ___14___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     |$  23,630.62

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)     |$

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE Golden Eagle Estates LLC

Case 09-90032    Filed 01/27/09    Doc 17

Debtor(s)

Case No. 09-90032-D-11

(If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Murphys Hotel<br>457 Main St.<br>Murphys, CA 95247 | | | 12/2/08 Advertising | | | | 250.00 |
| ACCOUNT NO. 6785<br>New Pak USA<br>537-F Stone Road<br>Benicia, CA 94510 | | | 5/27/07 Wine production costs | | | | 25,283.22 |
| ACCOUNT NO.<br>Noack Pumps<br>3802 N. Wilcox Road<br>Stockton, CA 95215 | | | 6/25/08 Vineyard repairs | | | | 3,536.51 |
| ACCOUNT NO.<br>Nova Vine<br>6735 Sonoma Highway<br>Santa Rosa, CA 95409 | | | 1/23/07 Vines purchased | | | | 7,684.84 |
| ACCOUNT NO. 2690<br>Oakland Packaging And Supply<br>P. O. Box 39000, Dept. 33545<br>San Francisco, CA | | | 11/5/07 Packaging supplies purchased | | | | 1,475.66 |
| ACCOUNT NO. 0934<br>Oenophilia<br>500 Meadowland Dr.<br>Hillsborough, NC 27278 | | | 2/24/08 Retail products purchased | | | | 713.54 |
| ACCOUNT NO. 6001<br>Office Max<br>75 Remittance Dr., #2698<br>Chicago, IL 60675-2698 | | | 10/3/08 Office supplies | | | | 246.72 |

Sheet no. ___9___ of ___14___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)   $   39,190.49

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)   $

© 1993-2009 EZ-Filing, Inc. (1-800-998-2424) - Forms Software Only

20

B6F (Official Form 6F) (12/07) - Cont.

IN RE Golden Eagle Estates LLC
Debtor(s)

Case 09-90032    Filed 01/27/09    Doc 17

Case No. 09-90032-D-11
(If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Orion Wine Software**<br>1421 Guerneville Road, Suite 210<br>Santa Rosa, CA | | | 12/20/07 Software for POS and inventory system | | | | 10,951.12 |
| ACCOUNT NO. SWMU<br>**Pacific Transportation Service**<br>P. O. Box 1970<br>Summer, WA 98390 | | | 8/28/07 Shipping | | | | 1,047.31 |
| ACCOUNT NO.<br>**Packaging Plus**<br>P. O. Box 1089<br>San Jose, CA 95108-1089 | | | 11/14/08 Packaging supplies purchased | | | | 2,963.78 |
| ACCOUNT NO.<br>**Pentech Financial Services**<br>C/O Syndication Desk<br>1010 Thomas Edison Boulevard SW<br>Cedar Rapids, | | | Lease on fork lift | | | | 25,322.43 |
| ACCOUNT NO. 1687<br>**Pitney Bowes Purchase**<br>P. O. Box 856042<br>Louisville, KY 40285-6042 | | | 5/15/08 Postage and office supplies | | | | 483.27 |
| ACCOUNT NO.<br>**Proteua Workshop**<br>P. O. Box 1929<br>Sonoma, CA 95476 | | | 10/10/07 Retail products purchased | | | | 234.00 |
| ACCOUNT NO.<br>**Public Works Calaveras County**<br>891 Mountain Ranch Road<br>San Andreas, CA 95249 | | | 8/13/07 License Fee | | | | 4,560.00 |

Sheet no. ____10____ of ____14____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

| | | |
|---|---|---|
| Subtotal (Total of this page) | $ | 45,561.91 |
| Total (Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | $ | |

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

                    Debtor(s)                                              (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **Raft River Vintners** <br> P. O. Box 240 <br> Hoquiam, WA 98550 | | | **4/12/07 Bulk wine purchased** | | | | 59,826.00 |
| ACCOUNT NO. <br> **Rikki Hunt** <br> P. O. Box 2691 <br> Arnold, CA 95223 | | | **6/4/08 Employee expense report** | | | | 6.65 |
| ACCOUNT NO. <br> **Rocky Munari** <br> P. O. Box 725 <br> Paso Robles, CA 93447 | | | **Lease on a Volkswagon SUV** | | | | 0.00 |
| ACCOUNT NO. 2001 <br> **SEI Solid Waste** <br> P. O. Box 8 <br> Arnold, CA 95223 | | | **12/26/08 Trash service** | | | | 320.99 |
| ACCOUNT NO. 2367 <br> **Sequin Moreau Napa** <br> Dept. LA 22311 <br> Pasadena, CA 91185-2311 | | | **7/26/07 Barrels purchased** | | | | 6,361.35 |
| ACCOUNT NO. <br> **Sierra Hills Market** <br> P. O. Box 191 <br> Murphys, CA 95247 | | | **12/5/08 Operating supplies purchased** | | | | 35.36 |
| ACCOUNT NO. <br> **Sierra Instant Printing** <br> 1157 Mono Way <br> Sonora, CA 95370 | | | **5/30/08 Advertising materials** | | | | 178.41 |

Sheet no. ___11___ of ___14___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     |$   66,728.76

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)     |$

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE Golden Eagle Estates LLC     Case 09-90032   Filed 01/27/09   Doc 17  Case No. 09-90032-D-11

Debtor(s)                                       (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**Sierra Water Filtration**<br>P. O. Box 303<br>Vallecito, CA 95241 | | | 5/12/08 Vineyard repairs | | | | 300.00 |
| ACCOUNT NO. 1406<br><br>**Signal Service**<br>P. O. Box 38<br>Vallecito, CA 95251 | | | 2/1/08 Security System | | | | 1,674.91 |
| ACCOUNT NO.<br><br>**Silvaspoons Vineyard**<br>11211 Valensin Road<br>Galt, CA 95632 | | | 11/9/07 Grapes purchased | | | X | 25,731.34 |
| ACCOUNT NO. 2853<br><br>**Sonoma County Vintners Co-Op**<br>825 DenBeste Court<br>Windsor, CA 95492 | | | 11/13/08 Wine storage | | | | 4,212.35 |
| ACCOUNT NO.<br><br>**Spectrum Packaging**<br>1905 W. 4700 St.<br>Salt Lake City, UT 84118 | | | 8/14/08 Vineyard supplies purchased | | | | 4,674.51 |
| ACCOUNT NO.<br><br>**Spence Ranch Feed Supply**<br>P. O. Box 172<br>Altaville, CA 95221 | | | 11/9/07 Vineyard supplies purchased | | | | 666.28 |
| ACCOUNT NO.<br><br>**SWRCB**<br>11020 Sun Center Dr., Suite 200<br>Rancho Cordova, CA 95670 | | | 7/18/07 Annual Fee | | | | 6,234.80 |

Sheet no. ___12___ of ___14___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    |$    43,494.19

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)    |$

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE Golden Eagle Estates LLC

Debtor(s)

Case No. 09-90032-D-11

(If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 9961 <br> **Tapp Technologies** <br> 6270 205th St. <br> Langley, BC  V2Y 1N7 | | | 5/7/07 wine production costs | | | | 138,288.05 |
| ACCOUNT NO. <br> **The Red Store** <br> P. O. Box 808 <br> Murphys, CA  95247 | | | 11/6/08 Operating supplies purchased | | | | 23.49 |
| ACCOUNT NO. <br> **Tonnellerie Radous USA** <br> 480 Aviation Blvd. <br> Santa Rosa, CA  95403 | | | 5/29/08 Winery operating supplies purchased | | | | 26.71 |
| ACCOUNT NO. <br> **Uline** <br> 2200 S. Lakeside Dr. <br> Waukegan, IL  60085 | | | 10/7/08 Operating supplies purchased | | | | 146.49 |
| ACCOUNT NO. <br> **Vinquiry** <br> 7795 Bell Road <br> Windsor, CA  95492 | | | 12/16/08 Winery production costs | | | | 165.00 |
| ACCOUNT NO. <br> **Wallace Group** <br> 612 Clarion Court <br> San Luis Obispo, CA  93401 | | | 5/26/07 Consulting | | | | 3,595.10 |
| ACCOUNT NO. <br> **WH Breshears** <br> P. O. Box 392 <br> Modesto, CA  95353 | | | 6/3/08 Fuel purchased | | | X | 2,562.50 |

Sheet no. __13__ of __14__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) | $ 144,807.34

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) | $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Wine Institute<br>425 Market St., Suite 1000<br>San Francisco, CA 94105 | | | 7/31/07 Monthly dues | | | | 1,885.00 |
| ACCOUNT NO.<br>Winery Row<br>13040-5 Mindanao Way<br>Marina Del Rey, CA 90292 | | | 1/28/08 Retail products purchased | | | | 850.70 |
| ACCOUNT NO.<br>Wither Hills<br>211 New Renwick Road, RD2<br>Blenheim, New Zealand, | | | 10/27/06 Imported wine purchased | | | | 71,352.00 |
| ACCOUNT NO.<br>Yandell Truckaway Inc.<br>P. O. Box 818<br>Oakland, CA 94604 | | | 8/17/07 Shipping | | | | 607.20 |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |

Sheet no. __14__ of __14__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    |$  **74,694.90**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)    |$  **701,596.39**

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Golden Eagle Estates LLC**          Case 09-90032   Filed 01/27/09   Doc 17 Case No. **09-90032-D-11**
_____
                    Debtor(s)                                                          (If known)

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

   Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☑ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| | |

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Golden Eagle Estates LLC**

Case 09-90032    Filed 01/27/09    Doc 17

Debtor(s)

Case No. **09-90032-D-11**

(If known)

## SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☑ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
|  |  |

© 1993-2009 EZ-Filing, Inc. (1-800-998-2424) - Forms Software Only

B6 Declaration (Official Form 6 - Declaration) (12/07)

**IN RE Golden Eagle Estates LLC**          Case No. **09-90032-D-11**

Debtor(s) (If known)

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date: _____    Signature: _____

Debtor

Date: _____    Signature: _____

(Joint Debtor, if any)<br>[If joint case, both spouses must sign.]

---

### DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342 (b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

Printed or Typed Name and Title, if any, of Bankruptcy Petition Preparer     Social Security No. (Required by 11 U.S.C. § 110.)

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs the document.*

_____

_____

Address

_____

Signature of Bankruptcy Petition Preparer          Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

*If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.*

*A bankruptcy petition preparer's failure to comply with the provision of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

---

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the ___President, Jack Munari___ (the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership) of the **Golden Eagle Estates LLC**

(corporation or partnership) named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ____**29** sheets (*total shown on summary page plus 1*), and that they are true and correct to the best of my knowledge, information, and belief.

Date: ___1/26/09___    Signature: ___/s/ Jack Munari___

Jack Munari

(Print or type name of individual signing on behalf of debtor)

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

Penalty for making a false statement or concealing property: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only