FILED
October 19, 2011
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0003845740

3

Carl W. Collins (State Bar No. 109282)
Attorney at Law
1127-12th Street, Suite 202
P.O. Box 3291
Modesto, California 95353
Telephone: (209) 521-8100
Facsimile: (209) 524-8461
Email: carl@cwcollinslaw.com

Attorney for Trustee
Stephen C. Ferlmann

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

(Modesto Division)

| | |
|---|---|
| In re: | Case No: 09-90032 |
| Golden Eagle Estates, LLC, | Chapter 7 case |
| 2690 San Domingo Road<br>Murphys, CA 95247 | DC No. CWC-3 |
| Tax ID/EIN 77-0237843 | Date: November 16, 2011<br>Time: 10:30 a.m. |
| Debtor. | Place: Modesto Courtroom<br>Department E |

**MOTION FOR AUTHORIZATION**

**TO SELL PERSONAL PROPERTY OF THE ESTATE**

To: The Ronald H. Sargis, U.S. Bankruptcy Judge:

Stephen C. Ferlmann, the duly qualified and acting Trustee in the case, moves the Court pursuant to 11 U.S.C. § 363(b) and Federal Rule of Bankruptcy Procedure 6004 for an order approving the sale of certain property of the estate and in support of this motion, respectfully represents:

1. This Court has jurisdiction of this matter under 28 U.S.C. Sections 1334 and 157(a).

2. On January 9, 2009, the Debtor filed a petition under Chapter 11 of Title 11, United States Code, in the above-entitled

1

Court. On August 1, 2011, the case was converted to a case under Chapter 7. Stephen C. Ferlmann has been appointed Trustee in the Chapter 7 case.

3. Among the assets which constitute property of the estate is the Debtor's interest in a portion of its 2011 grape crop, specifically 1.6 acres, Viognier "upper" block, Geneva clone, 3 tons projected; 1.6 acres, Viognier "lower" block, 31 clone, 2 tons projected; and .75 Piquepoul Gris, 2 tons projected ("Viognier Crop").

4. The Trustee has received an offer from Twisted Oak Winery (the "Buyer") to purchase the Viognier Crop for the sum of $8,400.00 pursuant to a Wine Grape Purchase Contract. A true and correct copy of the Wine Grape Purchase Contract is attached to the List of Exhibits filed concurrently herewith.

5. The Trustee is informed and believes that the Viognier Crop is free and clear of any liens or other encumbrances.

6. The sale is subject to Bankruptcy Court approval and subject to such overbids as may be received at the time of the hearing and subject to such overbid requirements as the Court may impose. Prior to the hearing on this matter, all third party bidders must deposit $1,000 in certified funds with the Trustee in order to be eligible to make overbids at the hearing. All deposits of unsuccessful bidders are fully refundable.

7. The Viognier Crop is highly perishable and the Buyer has taken delivery of the crop in order to preserve its value. The Buyer understands that it may not be the successful bidder at the hearing for approval of the sale, or that the Court may reject such sale. In such event, the Buyer is entitled to seek recovery of its expenses in preserving this asset of the estate.

8. Said sale represents the Trustee's best efforts to sell the Viognier Crop for the highest possible price and the Trustee believes that the proposed sale is in the best interests of the estate.

WHEREFORE, the Trustee, Stephen C. Ferlmann, prays for an Order of this Court:

1. authorizing the Trustee to sell the Debtor's Viognier Crop to Twisted Oak Winery for $8,400.00 in cash upon the above-described terms and conditions;

2. authorizing such overbids as may be submitted at the time of the hearing on this Motion, subject to such terms and conditions as may be required by the Trustee and/or the Court; and

3. authorizing the execution and delivery by the Trustee of any and all documents which may be necessary or convenient to conclude the transaction.

Dated: 10-19-11

Respectfully Submitted,

Law Office of Carl W. Collins

_____
Carl W. Collins
Attorney for Trustee