Check Number 3065 Dated 04/21/15
Case Number 09-90032 - GOLDEN EAGLE ESTATES, LLC

| Creditor | Claim No | Amount Allowed | Amount Paid |
|---|---|---|---|
| LODI LOCKFORD TRACTOR CO INC | 1 | 6,297.77 | 2,302.43 |
| INTERNATIONAL CREDIT RECOVERY, INC | 21 | 7,341.94 | 2,684.17 |
| OAKLAND PACKAGING SUPPLY | 25 | 1,896.94 | 693.51 |
| CALIBER WINE PAK | 34 | 705.41 | 257.89 |
| M A SILVA CORKS | 35 | 1,226.55 | 448.42 |
| ---------- Remittance Total ---------- | | 17,468.61 | 6,386.42 |

*[signature]*
Stephen C. Ferlmann Trustee, Trustee

FILED

APR 2 4 2015

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA