| Creditor | Claim No | Amount Allowed | Amount Paid |
|---|---|---|---|
| NEVADA DEPARTMENT OF TAXATION<br>Attn: Bankruptcy Section<br>555 E Washington Ave #1300<br>Las Vegas, NV 89101 | 41A | 28.67 | 1.75 |
| NEW YORK STATE DEPARTMENT OF<br>Taxation and Finance<br>Bankruptcy Section<br>PO Box 5300<br>Albany, NY 12205-0300 | 48 | 58.99 | 3.59 |
| ---------- Remittance Total ---------- | | 87.66 | 5.34 |

Check Number 3098 Dated 04/21/15
Case Number 09-90032 - GOLDEN EAGLE ESTATES, LLC

| Creditor | Claim No | Amount Allowed | Amount Paid |
|---|---|---|---|

*[signature]*
STEPHEN C. FERLMANN
TRUSTEE

FILED

APR 24 2015

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA