Date: 04/21/15          DIVIDENDS REMITTED TO THE COURT          Page: 1

| | | | |
|---|---|---|---|
| LODI LOCKFORD TRACTOR CO INC | 1 | 6,297.77 | 383.40 |
| INTERNATIONAL CREDIT RECOVERY, INC | 21 | 7,341.94 | 446.97 |
| OAKLAND PACKAGING SUPPLY | 25 | 1,896.94 | 115.48 |
| CALIBER WINE PAK | 34 | 705.41 | 42.95 |
| M A SILVA CORKS | 35 | 1,226.55 | 74.67 |
| ---------- Remittance Total ---------- | | 17,468.61 | 1,063.47 |

Stephen C. Ferlmann Trustee, Trustee



FILED
APR 24 2015
UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA



FILED kwis
MAY - 4 2015
UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA